

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00340-CV

**IN THE MATTER OF K.F.**, a Juvenile

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-JUV-01564
Honorable Carmen Kelsey, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED.

SIGNED June 18, 2014.

Patricia O. Alvarez, Justice